# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) Plaintiff, ) | |
| ) vs. ) | 2:07-CR-132-PMP(RJJ) |
| ) KATHY NELSON, ) | |
| ) Defendant. ) | **ORDER** |

IT IS HEREBY ORDERED that Robert W. Story, Esq. is APPOINTED as counsel for Kathy Nelson in place of the Karen Winckler for all further proceedings.

Ms. Winckler shall forward the file to Mr. Storey forthwith.

DATED this 21st day of May, 2009.

_____
UNITED STATES DISTRICT JUDGE