UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **O R D E R** |
| vs. | 2:07-CR-00132-PMP-RJJ |
| KATHY NELSON, | (Court of Appeals No. 09-10386) |
| Defendant. | |

Having read and considered Defendant/Appellant Kathy Nelson's Response [#77] to this Court's Order to Show Cause [#76] entered October 13, 2009, the Court finds Nelson's failure to timely file a Notice of Appeal was the result of excusable neglect and good cause exists to extend the time for filing the Notice of Appeal an additional thirty days.

**IT IS ORDERED**.

DATED: December 7, 2009.

_____

PHILIP M. PRO, UNITED STATES DISTRICT JUDGE