DANIEL G. BOGDEN
United States Attorney
ADAM M. FLAKE
Assistant United States Attorney
333 Las Vegas Blvd. South
Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|           Plaintiff, ) | No. 2:07-cr-132-PMP-RJJ |
| vs. ) | **GOVERNMENT'S MOTION TO UNSEAL TRANSCRIPT OF SENTENCING HEARING** |
| KATHY NELSON, ) | |
|           Defendant. ) | |

The United States of America, by and through Daniel G. Bogden, United States Attorney, and Adam M. Flake, Assistant United States Attorney, respectfully requests that this Court unseal the transcript of the sentencing hearing conducted in this case on April 13, 2009, for the limited purpose of allowing the Government to obtain a copy of the transcript and use it to respond to Nelson's 28 U.S.C. § 2255 motion.

The undersigned avers that he makes this motion in the interests of justice, and that in order to respond to the allegation in Nelson's 28 U.S.C. § 2255, it is necessary to review the sentencing transcript. If the Government relies upon information in the sentencing transcript in its response, it will file the response under seal to avoid disclosing potentially sensitive information.

DATED this 30th day of November, 2010.

    Respectfully submitted,

    DANIEL G. BOGDEN
    United States Attorney

    /s/ Adam M. Flake

    ADAM M. FLAKE
    Assistant United States Attorney

IT IS SO ORDERED.

_____
PHILIP M. PRO. U.S. DISTRICT JUDGE

Dated: December 1, 2010.

## CERTIFICATE OF SERVICE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. 2:07-cr-132-PMP-RJJ |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| KATHY NELSON, ) | |
| ) | |
| Defendant. ) | |

Pursuant to the rules of the above court, I hereby certify that I am an employee of the United States Attorney's Office, United States Department of Justice, and that on this date I caused the foregoing document, **Government's Motion To Unseal Transcript of Sentencing Hearing**, to be delivered to all parties to this action by e-service.

DATED: this 30th day of November 2010.

/s/ Sarah L. Overby
SARAH LAUER-OVERBY
Paralegal

3