UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KATHY NELSON, )<br>)<br>Petitioner, )<br>)<br>vs. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Respondent. )<br>) | 2:07-CR-00132-PMP-RJJ<br><br>**ORDER** |

Before the Court for consideration is Petitioner Kathy Nelson's Motion to Reconsider Motion to Vacate 2255 (Doc. #112), filed on January 14, 2011, and good cause appearing,

**IT IS ORDERED that** Petitioner Kathy Nelson's Motion to Reconsider Motion to Vacate 2255 (Doc. #112) is **DENIED**.

DATED: February 10, 2011.

_____
PHILIP M. PRO
United States District Judge